BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Ruchira Piya Mukherjee (SBN 274217)
Victoria B. Rivapalacio (SBN 275115)
2255 Calle Clara
La Jolla, CA 92037
Telephone: +1 858 551 1223
Facsimile: +1 858 551 1232

Attorneys for Plaintiffs

JUAN OROZCO and JUAN OROZCO-BRISENO

REED SMITH LLP
Thomas E. Hill (SBN 100861)
Email:  thill@reedsmith.com
Christina T. Tellado (SBN 298597)
Email:  ctellado@reedsmith.com
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
ILLINOIS TOOL WORKS INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN OROZCO and JUAN OROZCO-BRISENO, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS TOOL WORKS INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No.  14-CV-02113-MCE-EFB<br><br>Assigned to the Hon. Morrison C. England<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO CONTINUE THE DEADLINES FOR PHASE I DISCOVERY CUT OFF AND FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION** |

21772127v.1

1    Plaintiffs JUAN OROZCO and JUAN OROZCO-BRISENO ("Plaintiffs") and

2  Defendant ILLINOIS TOOL WORKS INC. ("Defendant"), by and through their

3  respective counsel, hereby stipulate as follows:

4    WHEREAS, the Court bifurcated the discovery process, limiting Phase 1 discovery

5  to those facts that are relevant to whether the action should be certified as a class action.

6  Accordingly, the Court initially set the following dates:

7    • Completion of Phase 1 discovery: January 11, 2016

8    • Plaintiffs' deadline to file Class Certification Motion: February 11, 2016

9    • Defendant's deadline to file opposition: March 3, 2016

10    • Plaintiffs' deadline to file reply: March 17, 2016

11    • Hearing re: Class Certification Motion: March 24, 2016

12    WHEREAS, the Parties are awaiting an order by the Magistrate Judge requiring

13  Defendant to produce documents and records which Plaintiffs will utilize for purposes of

14  the class certification motion;

15    WHEREAS, the Parties are actively engaged in the exchange of discovery and

16  proceeding in stages, pursuant to the Magistrate Judge's instructions;

17    WHEREAS, the Parties have conferred and believe that a continuance of the

18  briefing schedule for the motion for class certification is warranted to provide a sufficient

19  amount of time for Defendant to produce the necessary discovery and for Plaintiffs to

20  thereafter analyze the records and information;

21    WHEREAS, this is the first request for a continuance by either Party;

22    NOW, THEREFORE the Parties hereby stipulate and agree, and respectfully

23  request the Court to order that the Phase 1 discovery cut-off and the dates associated with

24  the motion for class certification be continued to the following dates:

25    • Completion of Phase 1 discovery: April 11, 2016

26    • Plaintiffs' deadline to file motion: May 12, 2016

27    • Defendant's deadline to file opposition: June 2, 2016

28    • Plaintiffs' deadline to file reply: June 16, 2016

**JOINT STIPULATION TO CONTINUE DEADLINES**

21772127v.1

1        • Hearing re: Class Certification Motion: June 23, 2016

2

3    **IT IS SO STIPULATED.**

4

5    DATED: December 3,  2015              BLUMENTHAL, NORDREHAUG
                                                & BHOWMIK

6

7                                         By:/s/ *Victoria B. Rivapalacio*

8                                             Norman B. Blumenthal
                                              Kyle R. Nordrehaug
9                                             Aparajit Bhowmik
                                              Piya Mukherjee
10                                            Victoria B. Rivapalacio

11                                        Attorneys for Plaintiffs

12   DATED: December 3,  2015              REED SMITH LLP

13

14                                        By:*/s/ Christina T. Tellado*

15                                            Thomas E. Hill
                                              Christina T. Tellado
16
                                          Attorneys for Defendant
17

18

19

20

21

22

23

24

25

26

27

28

3

# ORDER

Pursuant to the foregoing stipulation, it is HEREBY ORDERED that the Phase 1 discovery cut-off and the dates associated with the motion for class certification be continued to the following dates:

- Completion of Phase 1 discovery: April 11, 2016
- Plaintiffs' deadline to file motion for class certification: May 12, 2016
- Defendant's deadline to file opposition: June 2, 2016
- Plaintiffs' deadline to file reply: June 16, 2016

IT IS SO ORDERED.

Dated:  December 7, 2015

_____

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**JOINT STIPULATION TO CONTINUE DEADLINES**

21772127v.1