UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN OROZCO and JUAN OROZCO-BRISENO, individuals, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS TOOL WORKS INC., a corporation, and Does 1 through 50, inclusive,<br><br>Defendants. | No. 2:14-cv-2113-MCE-EFB<br><br>ORDER |

On January 26, 2016, plaintiffs moved to compel defendant to provide further responses to their discovery requests. ECF No. 41. The motion was noticed for hearing on February 17, 2016. *Id.* Local Rule 251(a) provides that the Joint Statement Re Discovery Disagreement must be filed at least seven days before the scheduled hearing date or, in this instance, by February 10, 2016. E.D. Cal. L.R. 251(a). Local Rule 251(a) also provides that the hearing on a discovery motion may be dropped from calendar without prejudice if the Joint Statement re Discovery Disagreement is not timely filed. *Id.*

Although the deadline has passed, the docket reflects that no Joint Statement re Discovery Disagreement has been filed in connection with plaintiff's motion to compel. Therefore,

1

1  plaintiff's motion (ECF No. 41) is denied without prejudice and the February 17, 2016 hearing
2  thereon is vacated.
3      SO ORDERED.
4  DATED: February 11, 2016.

    EDMUND F. BRENNAN
5   UNITED STATES MAGISTRATE JUDGE