BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Ruchira Piya Mukherjee (SBN 274217)
Victoria B. Rivapalacio (SBN 275115)
2255 Calle Clara
La Jolla, CA 92037
Telephone: +1 858 551 1223
Facsimile: +1 858 551 1232

Attorneys for Plaintiffs

JUAN OROZCO and JUAN OROZCO-BRISENO
REED SMITH LLP

Thomas E. Hill (SBN 100861)
Email:  thill@reedsmith.com
Christina T. Tellado (SBN 298597)
Email:  ctellado@reedsmith.com
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
ILLINOIS TOOL WORKS INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN OROZCO and JUAN OROZCO-BRISENO, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS TOOL WORKS INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No.  14-CV-02113-MCE-EFB<br><br>Assigned to the Hon. Morrison C. England<br><br>**CLASS ACTION**<br><br>**SECOND JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION** |

Plaintiffs JUAN OROZCO and JUAN OROZCO-BRISENO ("Plaintiffs") and Defendant ILLINOIS TOOL WORKS INC. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Court has bifurcated the discovery process in this matter, limiting Phase 1 discovery to those facts that are relevant to whether the action should be certified as a class action;

WHEREAS, the Court previously set the following deadlines with respect to Phase 1 discovery and Plaintiffs' motion for class certification:

- Completion of Phase 1 discovery: April 11, 2016
- Plaintiffs' deadline to file Class Certification Motion: May 12, , 2016
- Defendant's deadline to file opposition: June 2, 2016
- Plaintiff's deadline to file reply: June 16, 2016
- Hearing re: Class Certification Motion: June 23, 2016

WHEREAS, in partial resolution of a discovery dispute between the Parties, Magistrate Judge Brennan ordered Defendant to produce Rule 30(b)(6) witnesses who can testify regarding "issues of rest and meal breaks, as well as premium pay" with respect to all business units operated by Defendant in California during the putative class period [Doc. No. 38];

WHEREAS, on February 5, 2016, this Court issued an Order denying Defendant's Request for Partial Reconsideration of the Magistrate Judge's Order [Doc. No. 42];

WHEREAS, Defendant has compiled and provided Plaintiffs a list of thirty-one (31) individuals who will serve as 30(b)(6) designees with regard to one or more of the 34 business units now maintained by Defendant in California, and the Parties are currently in the process of scheduling these depositions;

WHEREAS, the Parties have conferred and believe that a continuance of the briefing schedule for the motion for class certification is warranted to provide a sufficient amount of time for Defendant to produce its 30(b)(6) designees for deposition;

WHEREAS, Defendant has agreed to produce all 30(b)(6) designees for deposition by June 30, 2016;

WHEREAS, Plaintiffs believe they will require approximately sixty (60) days after the conclusion of the final 30(b)(6) deposition to review and analyze the deposition transcripts and file their motion for class certification; and

WHEREAS, this is the second request for a continuance by either Party;

WHEREAS, good cause for the continuance exists as the Court recently issued an order regarding Defendant's Request for Partial Reconsideration and since the issuance of the Court's order, the Parties have been working diligently to perform and complete discovery as outlined by Magistrate Judge Brennan's Order.

NOW, THEREFORE, the Parties hereby stipulate and agree, and respectfully request the Court to order that the Phase 1 discovery cut-off and the dates associated with the motion for class certification be continued to the following dates:

- Completion of Phase 1 discovery: June 30, 2016
- Plaintiffs' deadline to file motion: September 2, 2016
- Defendant's deadline to file opposition: September 23, 2016
- Plaintiff's deadline to file reply: October 7, 2016
- Hearing re: Class Certification Motion: October 19, 2016

IT IS SO STIPULATED.

DATED: February  29, 2015         BLUMENTHAL, NORDREHAUG
                                   & BHOWMIK


                                  By:/s/
                                     Norman B. Blumenthal
                                     Kyle R. Nordrehaug
                                     Aparajit Bhowmik
                                     Piya Mukherjee

                                  Attorneys for Plaintiffs

DATED: February 29, 2015                    REED SMITH LLP

                                            By:/s/
                                            Thomas E. Hill
                                            Christina T. Tellado

                                            Attorneys for Defendant

## ORDER

It is HEREBY ORDERED that the Phase 1 discovery cut-off and the dates associated with the motion for class certification be continued in accordance with the foregoing stipulation.

IT IS SO ORDERED.

**Dated:  March 3, 2016**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT