UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN OROZCO and JUAN OROZCO-BRISENO, individuals, on behalf of themselves and all persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ILLINOIS TOOL WORKS INC., a corporation, and Does 1 through 50, inclusive,<br><br>　　　　　　Defendants. | No.  2:14-cv-2113-MCE-EFB<br><br><br>ORDER |

　　　　On April 11, 2016, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 52.  No objections were filed.

　　　　The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

　　　　Accordingly, IT IS HEREBY ORDERED that:

///

1. The proposed Findings and Recommendations filed April 11, 2016 (ECF No. 52), are ADOPTED IN FULL; and

2. The discovery deadline is extended for the limited purpose of allowing compliance with the magistrate judge's April 11, 2016 order.

IT IS SO ORDERED.

Dated:  May 4, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT