| | |
|---|---|
| 1 | BLUMENTHAL, NORDREHAUG & BHOWMIK |
| | Norman B. Blumenthal (SBN 068687) |
| 2 | Kyle R. Nordrehaug (SBN 205975) |
| | Aparajit Bhowmik (SBN 248066) |
| 3 | Ruchira Piya Mukherjee (SBN 274217) |
| | Victoria B. Rivapalacio (SBN 275115) |
| 4 | 2255 Calle Clara |
| | La Jolla, CA 92037 |
| 5 | Telephone: +1 858 551 1223 |
| | Facsimile: +1 858 551 1232 |
| 6 | |
| | Attorneys for Plaintiffs |
| 7 | |
| | JUAN OROZCO and JUAN OROZCO-BRISENO |
| 8 | REED SMITH LLP |
| 9 | Thomas E. Hill (SBN 100861) |
| | Email: thill@reedsmith.com |
| 10 | Christina T. Tellado (SBN 298597) |
| | Email: ctellado@reedsmith.com |
| 11 | 355 South Grand Avenue, Suite 2900 |
| | Los Angeles, CA 90071-1514 |
| 12 | Telephone: +1 213 457 8000 |
| | Facsimile: +1 213 457 8080 |
| 13 | |
| | Attorneys for Defendant |
| 14 | ILLINOIS TOOL WORKS INC. |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN OROZCO and JUAN OROZCO-BRISENO, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS TOOL WORKS INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No. 14-CV-02113-MCE-EFB<br><br>Assigned to the Hon. Morrison C. England<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO CONTINUE THE DEADLINE TO MAIL THE CLASS NOTICE** |

**JOINT STIPULATION TO CONTINUE THE DEADLINE FOR THE CLASS NOTICE MAILING**

| | |
|---|---|
| 1 | Plaintiffs JUAN OROZCO and JUAN OROZCO-BRISENO ("Plaintiffs") and |
| 2 | Defendant ILLINOIS TOOL WORKS INC. ("Defendant"), by and through their |
| 3 | respective counsel, hereby stipulate as follows: |

WHEREAS, the Court has approved and authorized that class notice be mailed to the two distinct certified classes in this matter on or before Tuesday, May 30, 2017 – *i.e.*, within thirty days of the Court's May 1 Order approving the form of the class notice, (Dkt. No. 107, p. 3);

WHEREAS, Defendant has already disclosed all of the class members' contact information to Class Counsel, in compliance with the Court's May 1 Order;

WHEREAS, the Parties have conferred and believe that a fifteen day (15) continuance of the deadline to mail the class notice is warranted to provide a sufficient amount of time for the Parties to conclude their discussions regarding the submission of this matter to mediation;

WHEREAS, this is the first request for a continuance by either Party;

NOW, THEREFORE the Parties hereby stipulate and agree, and respectfully request the Court to order that the deadline for mailing the class notice be continued until June 14, 2017.

IT IS SO STIPULATED.

DATED: May 26, 2017　　　　　　　　　　BLUMENTHAL, NORDREHAUG
　　　　　　　　　　　　　　　　　　　　　　　　　　& BHOWMIK

By:*/s/ Victoria B. Rivapalacio*
　　Norman B. Blumenthal
　　Kyle R. Nordrehaug
　　Aparajit Bhowmik
　　Piya Mukherjee
　　Victoria B. Rivapalacio

Attorneys for Plaintiffs

| | |
|---|---|
| DATED: May 26, 2017 | REED SMITH LLP |

By:*/s/ Christina T. Tellado*
Thomas E. Hill
Christina T. Tellado

Attorneys for Defendant

## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the deadline for mailing the class notice shall be continued from May 30, 2017 to **June 14, 2017.**

IT IS SO ORDERED.

**Dated: May 31, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO CONTINUE THE DEADLINE FOR THE CLASS NOTICE MAILING

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court (Eastern District of California) using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification.

Dated: May 26, 2017

                                                */s/ Christina T. Tellado*
                                                  Christina T. Tellado

**JOINT STIPULATION TO CONTINUE THE DEADLINE FOR THE CLASS NOTICE MAILING**