BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Ruchira Piya Mukherjee (SBN 274217)
Victoria B. Rivapalacio (SBN 275115)
2255 Calle Clara
La Jolla, CA 92037
Telephone: +1 858 551 1223
Facsimile: +1 858 551 1232

Attorneys for Plaintiffs
JUAN OROZCO and JUAN OROZCO-BRISENO

REED SMITH LLP

Thomas E. Hill (SBN 100861)
Email: thill@reedsmith.com
Christina T. Tellado (SBN 298597)
Email: ctellado@reedsmith.com
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
ILLINOIS TOOL WORKS INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN OROZCO and JUAN OROZCO-BRISENO, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS TOOL WORKS INC., a Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No. 14-CV-02113-MCE-EFB<br><br>Assigned to the Hon. Morrison C. England<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO CONTINUE THE DEADLINE TO MAIL THE CLASS NOTICE** |

**JOINT STIPULATION TO CONTINUE THE DEADLINE FOR THE CLASS NOTICE MAILING**

Plaintiffs JUAN OROZCO and JUAN OROZCO-BRISENO ("Plaintiffs") and Defendant ILLINOIS TOOL WORKS INC. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Court previously approved and authorized that class notice be mailed to the two distinct certified classes in this matter on or before Tuesday, May 30, 2017 – *i.e.*, within thirty days of the Court's May 1 Order approving the form of the class notice (Dkt. No. 107, p. 3);

WHEREAS, Defendant previously disclosed all of the class members' contact information to Class Counsel, in compliance with the Court's May 1 Order;

WHEREAS, on June 1, 2017, the Court the granted the Parties' request for a fifteen day (15) continuance of the deadline to mail the class notice up to and including June 14, 2017, so as to permit the Parties' time to continue their discussions regarding submitting the dispute to mediation;

WHEREAS, the Parties have now agreed to mediate this matter before mediator Gig Kyriacou on a date to be determined, but which the Parties agree will occur in October 2017;

WHEREAS, the Parties request that the Court vacate the current June 14 deadline for mailing class notice to the two certified classes and reset that class notice mailing deadline to occur in November 1, 2017 following the mediation process;

WHEREAS, the Parties agree to submit a status report to the Court within seven (7) days of the completion of the mediation and request a further extension of the mailing date in the event that a settlement is reached;

NOW, THEREFORE, the Parties hereby stipulate and agree and respectfully request the Court to vacate the current deadline of June 14, 2017 for the mailing of notice to the certified classes, and reset that mailing deadline for November 1, 2017.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: June 14, 2017 | BLUMENTHAL, NORDREHAUG & BHOWMIK |

By:/s/ *Aparajit Bhowmik* (as authorized 6-14-17)
Norman B. Blumenthal
Kyle R. Nordrehaug
Aparajit Bhowmik
Piya Mukherjee
Victoria B. Rivapalacio

Attorneys for Plaintiffs

| | |
|---|---|
| DATED: June 14, 2017 | REED SMITH LLP |

By:/s/ *Christina T. Tellado*
Thomas E. Hill
Christina T. Tellado

Attorneys for Defendant

## ORDER

Pursuant to the stipulation of the parties and in order to facilitate mediation and possible settlement of this matter, it is hereby ordered that the current deadline of June 14, 2017 for the mailing of notice to the certified classes is VACATED. In light of the parties' statement that mediation will occur in October 2017, the deadline for mailing of notice to the classes is hereby reset to **November 1, 2017**. The parties are further ordered to submit a Joint Status Report to the Court within seven (7) days of the completion of the mediation.

IT IS SO ORDERED.
Dated: June 22, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3
**JOINT STIPULATION TO CONTINUE THE DEADLINE FOR THE CLASS NOTICE MAILING**

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court (Eastern District of California) using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification.

Dated: June 14, 2017

*/s/ Christina T. Tellado*
Christina T. Tellado

**JOINT STIPULATION TO CONTINUE THE DEADLINE FOR THE CLASS NOTICE MAILING**